1  Robin F. Genchel, State Bar No. 131705
   David M. Kroh, State Bar No. 258303
2  PILLEMER & PILLEMER
   14724 Ventura Blvd., Suite 401
3  Sherman Oaks, California  91403-3510
   Phone (818) 994-4321            JS - 6
4  Fax (818) 994-3484
   Email: rgenchel@pillemerlaw.com
5          dkroh@pillemerlaw.com

6  Attorneys for State Farm Mutual Automobile Insurance

7  ANDRÉ BIROTTE JR.
   United States Attorney
8  LEON W. WEIDMAN
   Assistant United States Attorney
9  Chief, Civil Division
   RICHARD M. PARK, State Bar No. 236173
10 Assistant United States Attorney
        Room 7516 Federal Building
11      300 North Los Angeles Street
        Los Angeles, California 90012
12      Telephone: (213) 894-3275
        Facsimile: (213) 894-7819
13      E-mail: richard.park@usdoj.gov

14
   Attorneys for Defendants
15

16            UNITED STATES DISTRICT COURT

17           CENTRAL DISTRICT OF CALIFORNIA

18               WESTERN DIVISION

19 STATE FARM MUTUAL AUTOMOBILE  )    No. CV 09-3584 VBK
   INSURANCE CO.                 )
20                               )
            Plaintiff,           )
21                               )    **ORDER DISMISSING**
                                 )    **ACTION WITH PREJUDICE**
22               v.              )
                                 )
23 UNITED STATES OF AMERICA,     )
   UNITED STATES POSTAL SERVICE, )
24                               )    [Hon. Victor B. Kenton]
                                 )
25          Defendants.          )
   _____)

26

27

28

1    IT IS HEREBY ORDERED that the above-captioned action is
2  dismissed with prejudice.  Each party shall bear its own costs
3  and fees.
4      DATED:April 7, 2010
5
6
7                              _____/s/_____
                               HON. VICTOR B. KENTON
8                              UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                              2